# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-133-MOC-DCK

| | |
|---|---|
| CORDULA LUTZ, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, KIA MCKINNEY, LIVE NATION WORLDWIDE, INC., C. BRISBON, B. BALLARD, DLS EVENTS, LLC, LIVE NATION ENTERTAINMENT, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Request For Conference With Court To Resolve Discovery Dispute" (Document No. 76) filed December 22, 2021. Having carefully considered the request and the record, the undersigned will respectfully deny Defendant's request.

By the instant filing, Defendant seeks a conference with the Court to discuss "Defendant's contention that Plaintiff's discovery responses and document production are deficient." (Document No. 76, p. 1). Based on Defendant's brief description, this discovery dispute does not seem to be well-suited to the Court's informal discovery dispute resolution process. Moreover, Defendant does not indicate Plaintiff's position on the request, or indicate that counsel have conferred in a good faith attempt to resolve their dispute.

**IT IS, THEREFORE, ORDERED** that "Defendant's Request For Conference With Court To Resolve Discovery Dispute" (Document No. 76) is **DENIED**.

**IT IS FURTHER ORDERED** that that counsel for the parties shall confer – via telephone, Zoom, Teams, or other live form of communication – in a good faith attempt to resolve their differences by **January 4, 2022**. If counsel reach an impasse, Defendant may, if necessary, file an appropriate motion with the Court.

**SO ORDERED**.

Signed: December 23, 2021

David C. Keesler
United States Magistrate Judge