IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-133-MOC-DCK

| | |
|---|---|
| **CORDULA LUTZ,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **CITY OF CHARLOTTE, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a Mediation Report (Document No. 82) on January 24, 2022, notifying the Court that the parties have reached a complete settlement of this matter. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **February 25, 2022**.

**IT IS FURTHER ORDERED** that "Defendants' Motion To Compel" (Document No. 78) and "Plaintiff's Motion To Compel…" (Document No. 80) are **DENIED AS MOOT**.

**SO ORDERED**.

Signed: January 24, 2022

David C. Keesler
United States Magistrate Judge